McLENNAN, P. J., and ROBSON, J., dissent, and vote for reversal, on the ground of errors in the charge and in the reception of evidence.

---

STEINER et al., Appellants, v. GEIS et al., Respondents. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Rosie Steiner and others, as executors, etc., against Lena Geis and others. E. W. S. Johnston, for appellants. H. Peake, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

STEM, Respondent, v. OWENS, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by John D. Stem against Benjamin V. W. Owens. No opinion. Motion granted, without costs.

---

STEPHEN MERRITT BURIAL & CREMATION CO. v. STEPHEN MERRITT CO. et al. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Appeal from Special Term, New York County. Action between the Stephen Merritt Burial & Cremation Company and the Stephen Merritt Company and others. From an order granting motion for injunction, defendants appeal. Modified and affirmed. Charles R. Carruth, for appellants. Richard Ely, for respondent.

PER CURIAM. We are of opinion that the right of the plaintiff to injunctive relief against the individual defendant is not sufficiently clear to entitle it at this time to a temporary injunction as granted by the order from which the appeal is taken. We do not pass upon the question as to such right at this time, leaving that to be determined upon the trial. The order appealed from should be modified, by confining the injunction to the defendant corporation, and, as so modified, affirmed, without costs.

CLARKE and SCOTT, JJ., dissent, and vote for affirmance.

---

STERNER, Appellant, v. ARTHUR H. CRIST CO., Respondent. (Supreme Court, Appellate Division, First Department. February 16, 1912.) Action by Frederick J. Sterner against the Arthur H. Crist Company. E. V. Abbot, for appellant. L. J. Arnold, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

STERRY, Appellant, v. STERRY, Respondent. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by Elizabeth S. Sterry against James W. Sterry. I. N. Jacobson, for appellant. F. H. Man, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted to the extent stated in order. Order filed.

---

STILLMAN, Appellant, v. CITY OF OLEAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by Frank V. R. Stillman against the City of Olean.

PER CURIAM. Judgment (72 Misc. Rep. 196, 129 N. Y. Supp. 515) affirmed, with costs.

McLENNAN, P. J., dissents.

---

STORANDT, Appellant, v. VOGEL & LINDER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by John W. Storandt against the Vogel & Linder Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event. Held, that it was error for the trial court to hold that the statement of defendant's counsel, in summing up to the jury, that "plaintiff went into bankruptcy and beat his creditors out of $15,000," was proper, and that the jury might consider it as having a bearing upon plaintiff's credibility as a witness. See, also, 140 App. Div. 671, 125 N. Y. Supp. 568.

McLENNAN, P. J., and ROBSON, J., dissent.

---

STREET, Respondent, v. VAN SCHAICK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Irving W. Street against Eugene Van Schaick.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., dissents and votes for modification of the order, so as to provide for changing the place of trial to New York county, with leave to the plaintiff to have a reference; the defendant here consenting to such reference, the evidence in case of a reference to be taken in both counties. See, also, 142 App. Div. 911, 126 N. Y. Supp. 1147.

---

STREITFELD, Appellant, v. LEVI et al., Respondents. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Adolph Streitfeld against Charles L. Levi and others. G. J. Gruenberg, for appellant. C. H. Herbst, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 132 N. Y. Supp. 1147.

---

STUPPLEBEEN, Respondent, v. WESTCOTT GARAGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Henry B. Stupplebeen against the Westcott Garage Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground of contributory negligence and failure to establish negligence against the defendant.

---

TABER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 15,